## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

JON H. ROBERTSON
and CAROL A. ROBERTSON,

    Plaintiffs,

v.                                          No.   04-CV-2645 BV

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY,

    Defendant.

---

### CONSENT ORDER AMENDING RULE 16(b) SCHEDULE AND CONTINUING TRIAL SETTING

---

The Court, having reviewed the joint motion filed by the parties herein, and taking into consideration their efforts to resolve this dispute, finds that it is necessary and appropriate to amend the Rule 16(b) Scheduling Order entered in this matter on September 14, 2004, and also finds that it is necessary and appropriate to continue the October 31, 2005, trial setting in this matter,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Rule 16(b) Scheduling Order shall be and hereby is amended as follows:

1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1):  May 20, 2005

2. Joining parties and amending pleadings:  June 24, 2005

3. Initial motions to dismiss:  July 22, 2005

4. Completing all discovery:  October 28, 2005

    (a) Document production:  October 28, 2005

    (b) Depositions, Interrogatories and Requests for Admissions:  October 28, 2005

    (c) Expert witness disclosures (Rule 26)

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-22-05

(1) Disclosure of Plaintiffs' Rule 26 Expert Information: August 26, 2005

(2) Disclosure of Defendant's Rule 26 Expert Information: September 23, 2005

(3) Expert witness depositions: October 28, 2005

5. Filing of dispositive motions: December 2, 2005

6. The trial currently set in this case for October 31, 2005, is continued and reset for March 20, 2006, @ 9:30 a.m.

7. The pretrial order is due March 7, 2006.

8. The pretrial conference is set for March 14, 2006, @ 9:00 a.m.

SO ORDERED, this 21st day of April, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

APPROVED:

Larry H. Montgomery (BPR #9579)
Attorney for the Robertsons

Russell E. Reviere (BPR #7166)
Attorney for Nationwide

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:04-CV-02645 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Lee J. Chase
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Honorable J. Breen
US DISTRICT COURT