38200-56908

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 27 PM 4: 39

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| JON H. ROBERTSON and CAROL A. ROBERTSON     ) ) ) | |
| PLAINTIFFS,     ) ) ) ) | |
| VS.     ) ) | NO. 04-CV-2645 B/V JURY DEMANDED |
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY     ) ) ) | |
| DEFENDANT     ) ) | |

### ORDER OF DISMISSAL WITH PREJUDICE

This date came the parties in the above-captioned cause and stated unto the Court that all issues had been resolved by way of compromise, and they jointly requested that the Court enter a judgment of dismissal with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the within action brought by JON ROBERTSON AND CAROL ROBERTSON be and the same is hereby dismissed with prejudice.

By consent, all costs of the cause, excluding discretionary costs, are taxed to the defendant, for which execution may issue. No discretionary costs will be applied for or awarded.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-28-05



This the 27TH day of April, 2005.

ENTER:

_____
JUDGE

APPROVED FOR ENTRY:

_____
LARRY H. MONTGOMERY (#9579)
LEE J. CHASE, III (#8443)
Attorneys for Plaintiffs

_____
RUSSELL E. REVIERE (#07166)
Attorney for Defendant

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:04-CV-02645 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

---

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Lee J. Chase
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT